# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Shafonda Gholson, *et al.*, | Case No. 2:19-cv-00246-APG-BNW |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Nevada, *et al.*, Defendants. | |

On June 8, 2021, the Court entered an order regarding service, and ordered Plaintiff to file two USM-285 forms to begin the process of serving Defendants. ECF No. 20. Plaintiff's deadline to file the two USM-285 forms was June 25, 2021. *Id.* at 2. Plaintiff has not filed the required USM-285 forms or otherwise responded to the Court's order.

**IT IS THEREFORE ORDERED** that Plaintiff file the two USM-285 forms with the Court by November 22, 2021. On these forms, Plaintiff must fill in the Defendants' last known addresses. Plaintiff is advised that a failure to comply with this Order will result in a recommendation that this case be dismissed.

DATED: November 1, 2021.

*[signature]*

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE