# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAFONDA GHOLSON, | Case No.: 2:19-cv-00246-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 22] |
| STATE OF NEVADA, et al., | |
| Defendants | |

On December 2, 2021, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because it appears that plaintiff Shafonda Gholson has abandoned the case after not complying with court orders. ECF No. 22. Gholson did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 22) is accepted** and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 21st day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE